ORIGINAL

AO 91 (Rev. 11/82)          CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>WILLIAM GLARNER III | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**SA19-206M** |

Complaint for violation of Title 21, United States Code, Section 841

| NAME OF MAGISTRATE JUDGE<br>THE HONORABLE EDWARD INFANTE | UNITED STATES MAGISTRATE JUDGE | LOCATION<br>Orange County, California |
|---|---|---|

| DATE OF OFFENSE<br>March 14, 2019 | PLACE OF OFFENSE<br>Orange County | ADDRESS OF ACCUSED (IF KNOWN) |
|---|---|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

[21 U.S.C. § 841 (a)(1), (b)(1)(A)(viii)]

On or about March 14, 2019, in Orange County, within the Central District of California, WILLIAM GLARNER III possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841 (a)(1), (b)(1)(A)(viii)

LODGED

FILED
CLERK, U.S. DISTRICT COURT
MAR 15
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>Jared Harada |
|---|---|
| | OFFICIAL TITLE<br>Special Agent – Homeland Security Investigations |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE[(1)]<br>*Edward A. Infante*    EDWARD A. INFANTE | DATE<br>March 15, 2019 |
|---|---|

[(1)] See Federal Rules of Criminal Procedure 3 and 54

AUSA Kathy Yu x2431; Puneet Kakkar x5728      REC: DET

## AFFIDAVIT

I, Jared Harada, being duly sworn, declare and state as follows:

### I. INTRODUCTION

1. I am a Special Agent ("SA") with the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), and have been so employed since March 2008. I received formal training from the Criminal Investigator Training Program and the Immigration and Customs Enforcement Special Agent Training Program at the Federal Law Enforcement Training Center ("FLETC") in Glynco, Georgia. As part of the training at FLETC, I received extensive instruction pertaining to narcotics trafficking, money laundering, electronic and physical surveillance procedures, as well as the preparation and execution of search and arrest warrants. Prior to my employment with HSI, I was an agent with the State of California Alcoholic Beverage Control. I am currently assigned to the HSI office in Orange County, California, where I conduct investigations into money laundering and narcotics trafficking.

2. Throughout my career as a SA with HSI, I have been the case agent and have assisted on multiple investigations involving narcotics trafficking and money laundering in the Southern California area. These investigations have focused on narcotics distribution, the laundering of narcotics proceeds, monetary instruments derived from narcotics activities, and conspiracies associated with narcotics offenses. I have

debriefed defendants, informants, and witnesses who have personal knowledge regarding narcotics trafficking organizations. I have participated in narcotics investigations, of numerous individuals involved in the distribution, possession, and manufacture of controlled substances, such as cocaine, methamphetamine, marijuana, and heroin. I have also participated in the execution of search and arrest warrants involving drug trafficking and money laundering crimes.

## II. PURPOSE OF AFFIDAVIT

3. This affidavit is made in support of an application for an arrest warrant and criminal complaint against William GLARNER ("W. GLARNER") for violations of 21 U.S.C. § 841 (a)(1), (b)(1)(A)(viii) (Possession with Intent to Distribute Controlled Substances).

4. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses, as well as my conversations and analysis with more experienced agents and officers who are familiar with drug trafficking. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III. SUMMARY OF INVESTIGATION

5.  Law enforcement – through, among other things, surveillance video and physical surveillance – learned that W. GLARNER had dropped off packages to be mailed at a United States Post Office and at FedEx, which were later opened (pursuant to search warrants) and confirmed to contain methamphetamine. Based on the transactions on January 16, 2019 alone, law enforcement seized approximately 2 packages totaling 121.4 grams of methamphetamine that W. GLARNER attempted to send.

6.  Moreover, on March 14, 2019, law enforcement seized over 3 pounds of suspected methamphetamine from W. GLARNER from a search of his car.

### IV. STATEMENT OF PROBABLE CAUSE

**A.   January 16, 2019:  W. GLARNER Attempts to Send Two Packages Containing a Total of 121.4 Grams of Methamphetamine**

   1.  Surveillance of W. GLARNER

7.  On January 16, 2019, HSI conducted surveillance at W. GLARNER's apartment complex. At approximately 3:00 p.m., I observed W. GLARNER exit a walkway near his unit with an unidentified older white female ("UF") with blonde hair wearing a red baseball cap. W. GLARNER was carrying two reusable shopping bags, one white and one blue. Both bags appeared to be full of items. W. GLARNER was also carrying a large white trash bag that was full. The UF was carrying a black duffle bag over her shoulder and what appeared to be a bundle of cash in her hand.

8. W. GLARNER then opened the trunk of his vehicle and put the shopping bags in, and then closed the trunk. The UF got into the passenger side of the vehicle with the black duffle bag. W. GLARNER then walked over to a dumpster with the white trash bag and threw the trash bag into the dumpster.[1] W. GLARNER then got into his vehicle and left the area.

9. At approximately 3:45 p.m., law enforcement followed W. GLARNER to a United States Post Office located at 10650 Reagan Street, Los Alamitos, California, 90720. TFO Robert Rodriguez observed W. GLARNER exit his vehicle carrying the shopping bags and go into the post office. About one minute later, SA Isaac Steele observed W. GLARNER exit the post office carrying two empty reusable shopping bags. W. GLARNER then got into his vehicle and left the area.

10. SA Steele and I then went inside the post office and contacted the supervisor. United States Postal Inspection Service ("USPIS") Inspector Sumyra Duy was also contacted and advised she was in route to the post office to assist. Inside the post office, the supervisor pulled the self-service bin from the lobby. Inside the bin was a priority express postal parcel with a pre-printed "Easypost" label. The return address was "Mainstay Nutrition, 2862 Knoxville Ave., Long Beach, CA 90815."

---

[1] Law enforcement recovered the trash bag that W. GLARNER had discarded and found numerous cut red balloons, blue latex type gloves, used heat-sealed bags, and used postal labels. Also, inside the bag was a used paper coffee cup with the name "Billy" on it. The heat-sealed bags appeared to have a white crystalized residue inside. TFO Eric Frank then conducted a field test on the white crystalized residue, which tested positive for methamphetamine.

The parcel was addressed to "Jessica Sanchez, 3200 21st St. SW, Lehigh Acres, FL 33976" ("W. GLARNER Parcel 1").

11. La Habra Police Department K-9 officer Travis Nelson then responded to conduct a canine "sniff" on the parcels. Officer Nelson's canine "Rita" positively alerted for narcotics to the parcel addressed to Jessica Sanchez. Inspector Duy then took possession of the parcel.

12. At approximately 4:00 p.m., law enforcement then followed W. GLARNER to a FedEx office at 5930 Corporate Avenue, Cypress, California, 90630. TFO Rodriguez then observed W. GLARNER walking into the FedEx office with a package. A few minutes later, W. GLARNER exited FedEx and walked into the BB Mongolian BBQ restaurant next door. TFO Rodriguez then went into the FedEx office to locate the parcel.

13. Inside the FedEx office, one of the employees assisted TFO Rodriguez and confirmed a man fitting the description of W. GLARNER had just dropped off a pre-paid overnight FedEx parcel. The employee noted that W. GLARNER made a bit of a scene stating to FedEx that he was "sick and contagious" before dropping off the parcel. The employee then pulled the parcel and TFO Rodriguez took a photo of the shipping label. The label revealed that the parcel was a two-pound parcel from "Mainstay Nutrition, 2862 Knoxville Ave., Long Beach, CA 90815," the same return sender as the USPS parcel that W. GLARNER dropped off at the Los Alamitos post office. The parcel was destined for "Tommy Kern, 256 8th Ave. SW, Valley City, ND 58072" ("W. GLARNER Parcel 2"). Based on the foregoing, I notified SA Eric

Binstock from the HSI Fargo, North Dakota office about the FedEx parcel.

### 2. W. GLARNER Parcel 1 Searched and Found to Contain Approximately 61 Grams of Methamphetamine

14. On January 22, 2019 the Honorable Douglas F. McCormick, U.S. Magistrate Judge for the Central District of California, issued a federal search warrant to search W. GLARNER Parcel 1. Inside the parcel was a manila envelope taped with scotch tape. Inside the manila envelope was a blue balloon wrapped in a ball with scotch tape. Inside the blue balloon was a gold foil wrapped ball, and inside the foil was a clear vacuum-sealed bag which contained approximately 61 grams of a white crystalized substance. The white crystalized substance field tested positive for methamphetamine.

### 3. W. GLARNER Parcel 2 Searched and Found to Contain Approximately 60.4 Grams of Methamphetamine

15. On January 17, 2019, HSI Fargo and Fargo Police Department ("FPD") intercepted the FedEx parcel addressed to W. GLARNER Parcel 2. An FPD K-9 had a positive alert to the presence of narcotics in the parcel. Subsequent to the alert, FPD obtained a search warrant[2] for the parcel. Inside the parcel were two manila envelopes taped with scotch tape and the number "56" printed on the envelope. Inside the envelope was a blue balloon. Inside the blue balloon was a tin foil wrapper with gold exterior. Inside the tin foil was a vacuum sealed package

---

[2] On January 17, 2019, Honorable Steven L. Marquart, Magistrate Judge for the East Central Judicial District Court of North Dakota, issued a state search warrant for W. GLARNER Parcel 2.

with approximately 60.4 grams of a white crystalized substance inside. The white crystalized substance field tested positive for methamphetamine.

16. Therefore, based on the foregoing, on January 16, 2019 alone, W. GLARNER attempted to send W. GLARNER Parcel 1 and W. GLARNER Parcel 2, containing a total of 121.4 grams of methamphetamine.

### B. A Search of W. GLARNER'S Car Leads to A Seizure of over Three Pounds of Methamphetamine[3]

17. On March 14, 2019 during a search of W. GLARNER, law enforcement located a plastic bag containing between approximately ¼ to ½ ounce of a white crystalline substance resembling methamphetamine inside the left pocket of the jacket W. GLARNER was wearing. Det. Rodriguez also located a wad of US currency in W. GLARNER'S left pants pocket, which W. GLARNER claimed was more than $1,000. During the search of a car believed to belong to W. GLARNER, HSI SA Aaron Gutierrez, LHPD Det. Rodriguez and LHPD Det. Clark located a black duffle bag. Inside the duffle bag were five plastic bags containing a white crystalline substance resembling methamphetamine divided in three one-pound freezer bags, with the remaining amount divided in two other plastic bags. Also found in the trunk were materials consistent with the packaging and distribution of narcotics, including three digital scales, a black purse

---

[3] On March 14, 2019, La Habra Detective Rodriguez informed me that he believed that the suspected methamphetamine in W. GLARNER's car was approximately four pounds. However, later on March 14, 2019, and upon weighing the suspected methamphetamine seized from W. GLARNER, it was approximately 3.3 pounds.

containing used plastic wrap (commonly used to package narcotics), three boxes containing unused plastic sandwich bags, numerous small plastic baggies commonly used for street level narcotics sales, and a box containing unused blue latex gloves. W. GLARNER was arrested at approximately 1:30 P.M.

18.   On the same day, HSI SA Isaac Steele and SA Aaron Gutierrez conducted presumptive field tests of the suspected methamphetamine seized from W. GLARNER.  SA Gutierrez told me the substances field-tested positive for methamphetamine with the total amount weighing approximately 1,492 gross grams.[4]

//

//

---

[4] Due to the fact that the suspected methamphetamine was seized from various places attributable to W. GLARNER, law enforcement has only tested a sampling to date for the purposes of this Complaint.  A full laboratory analysis will follow.

## V. CONCLUSION

19. For all the reasons described above, and based on my training, education, experience, and participation in this investigation, there is probable cause to believe that W. GLARNER is in violation of 21 U.S.C. § 841 (a)(1), (b)(1)(A)(viii) (Possession with Intent to Distribute Controlled Substances).

JARED HARADA, Special Agent
Homeland Security
Investigations

Subscribed to and sworn before me this 15 day of March, 2019.

HONORABLE KAREN E. SCOTT     EDWARD A. INFANTE
UNITED STATES MAGISTRATE JUDGE